# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

MORGAN IRWIN, INDIVIDUALLY
AND ON BEHALF OF MINOR
CHILD, OAKLYNN SIMON, AND
TORI DUFRENE

VERSUS

ARTURO GARCIA, LOGISTIK
XPRESS, LLC, UNITED
SPECIALTY INSURANCE COMPANY,
BRUCE FORSHEE, ERGON
TRUCKING, INC., HUDSON
INSURANCE COMPANY, EVENT
SOLUTIONS OF LOUISIANA, LLC,
PATRICK MEAUX, FIRST LIBERTY
INSURANCE COMPANY, JESSE
ONTIVEROS, AND CHACON AUTOS

NO.  2025 CW 0840

OCTOBER 2, 2025

---

In Re:   Morgan Irwin individually and on behalf of the minor
Oaklyn Simon, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge, No.
712769.

---

BEFORE:   McCLENDON, C.J, GREENE AND STROMBERG, JJ.

STAY DENIED; WRIT GRANTED IN PART WITH ORDER AND DENIED IN
PART.  The portion of the district court's July 22, 2025 judgment
which granted defendants' motion for attorneys' fees in the amount
of $750 is reversed.  Defendants failed to prove entitlement to
such fees for the motion to compel.  In addition, defendants failed
to prove a legal or evidentiary basis for the award of attorneys'
fees herein pursuant to their motion for attorney's fees, which
specifically sought the fees in connection with a prior hearing.
The writ is denied as to the portions of the district court's
judgment which ordered plaintiff, Morgan Irwin, to submit to an
independent medical examination (now known as an "additional
medical opinion" pursuant to La. Code Civ. P. art. 1464) and
vocational rehabilitation evaluation.  However, the writ is
granted for the purpose of remanding this matter to the district
court with instructions to comply with La. Code Civ. P. art. 1464
to specify the time, place, manner, conditions, and scope of such
examination and evaluation and the person(s) performing the
examination and evaluation.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT